QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  George R. Hedges (Bar No. 081873)
  Jeffery D. McFarland (Bar No. 157628)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email:   georgehedges@quinnemanuel.com
         jeffmcfarland@quinnemanuel.com

BAKER MARQUART CRONE & HAWXHURST LLP
  Jaime W. Marquart (Bar No. 200344)
  Daryl M. Crone (Bar No. 209610)
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone: (310) 575-3800
Facsimile: (310) 575-3802
Email:   jmarquart@bmchlaw.com
         dcrone@bmchlaw.com

JS-6
E-FILED 03/26/08

Attorneys for Defendants
Warner Bros. Entertainment, Inc., Radar Pictures, Inc., Bedford Falls Company (erroneously sued as Bedford Falls Productions, Inc.), Edward Zwick, Marshall Herskovitz and John Logan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AARON BENAY, an individual, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation, *et al.*,<br><br>Defendants. | CASE NO. CV 05-8508 PSG (FMOx)<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL |

{00010720.DOC - v1}

PROPOSED JUDGMENT

1  The Court, having granted summary judgment in favor of defendants
2  Warner Bros. Entertainment, Inc., Radar Pictures, Inc., The Bedford Falls Company
3  (erroneously sued as Bedford Falls Productions, Inc.), Edward Zwick, Marshall
4  Herskovitz and John Logan ("Defendants"), and against plaintiffs Aaron Benay and
5  Matthew Benay ("Plaintiffs"), on the First Amended Complaint,
6  IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is
7  entered in favor of Defendants and against Plaintiffs.

DATED: __03/25/08                                **PHILIP S. GUTIERREZ**
                                                  U.S. DISTRICT JUDGE