UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 05-8508 PSG (FMOx) | Date | March 12, 2012 |
|---|---|---|---|
| Title | Aaron Benay et al -vs- Warner Bros Entertainment Inc et al | | |

| Present: The Honorable | PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE |
|---|---|

| Linda Williams | Theresa Lana |
|---|---|
| Relief Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Marder | Jaime W. Marquart |
| | Gary E. Gans |

**Proceedings:**     **FINAL PRETRIAL CONFERENCE**

Case called. The Court and counsel confer regarding trial documents, length and schedule. The trial estimate is seven (7) days, with 12 hours for each side.

The Court **continues the Jury Trial from March 20, 2012 to March 27, 2012 at 9:00 A.M.** Jury Instructions and trial brief are due March 20, 2012.

**IT IS SO ORDERED.**

| | 00 | : | 51 |
|---|---|---|---|
| | Initials of Preparer | | ljw |