QUINN EMANUEL URQUHART & SULLIVAN LLP
Gary E. Gans (Bar No. 89537)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: garygans@quinnemanuel.com

E-FILED 04/26/12

JS-6

BAKER MARQUART LLP
Jaime W. Marquart (Bar No. 200344)
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: jmarquart@bakermarquart.com

Attorneys for Defendants The Bedford Falls Company (erroneously sued as Bedford Falls Productions, Inc.), Edward Zwick and Marshall Herskovitz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AARON BENAY, an individual, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation, *et al.*,<br><br>Defendants. | CASE NO. CV 05-8508 PSG (FMOx)<br><br>[~~PROPOSED~~] JUDGMENT |

1  The Jury, having entered a verdict in favor of defendants The Bedford
2  Falls Company (erroneously sued as Bedford Falls Productions, Inc.), Edward
3  Zwick and Marshall Herskovitz ("Defendants"), and against plaintiffs Aaron Benay
4  and Matthew Benay ("Plaintiffs"),
5      IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is
6  entered in favor of Defendants and against Plaintiffs, and that Defendants' costs be
7  added to this judgment pursuant to Defendants' forthcoming Bill of Costs.

9  DATED: April 26 2012

11                 **PHILIP S. GUTIERREZ**
12                 Hon. Philip S. Gutierrez
13                 UNITED STATES DISTRICT JUDGE

{00049840.DOC - v1}

- 1 -

PROPOSED JUDGMENT