QUINN EMANUEL URQUHART & SULLIVAN LLP
Gary E. Gans (Bar No. 89537)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: garygans@quinnemanuel.com

BAKER MARQUART LLP
Jaime W. Marquart (Bar No. 200344)
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: jmarquart@bakermarquart.com

Attorneys for Defendants The Bedford Falls Company (erroneously sued as Bedford Falls Productions, Inc.), Edward Zwick and Marshall Herskovitz

E-FILED 04/26/12

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AARON BENAY, an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation, *et al.*, <br><br> Defendants. | CASE NO. CV 05-8508 PSG (FMOx) <br><br> [~~PROPOSED~~] JUDGMENT |

The Jury, having entered a verdict in favor of defendants The Bedford Falls Company (erroneously sued as Bedford Falls Productions, Inc.), Edward Zwick and Marshall Herskovitz ("Defendants"), and against plaintiffs Aaron Benay and Matthew Benay ("Plaintiffs"),

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered in favor of Defendants and against Plaintiffs, and that Defendants' costs be added to this judgment pursuant to Defendants' forthcoming Bill of Costs.

DATED: April 26, 2012

**PHILIP S. GUTIERREZ**
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE